**Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

### NO. 14-13-00341-CV

---

### RICHARD H. PARKER, Appellant

### V.

### HELEN CHRISTINE PARKER, Appellee

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2012-13073**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed April 10, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On November 19, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.